NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FEB 20 2026

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NEWAY MENGISTU, | No. 25-1099 |
| Plaintiff - Appellant, | D.C. No. 2:22-cv-05512-MWF-MAA |
| v. | MEMORANDUM[*] |
| HOUSING AUTHORITY OF THE CITY OF LOS ANGELES; OTHERS TO BE JOINED UNDER RULE 19 OF THE FEDERAL RULES OF CIVIL PROCEDURE, | |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Central District of California
Michael W. Fitzgerald, District Judge, Presiding

Submitted February 18, 2026[**]

Before:     CALLAHAN, FRIEDLAND, and BRESS, Circuit Judges.

Neway Mengistu appeals pro se from the district court's order denying his

motion for a preliminary injunction in his housing and disability discrimination

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

action. We have jurisdiction under 28 U.S.C. § 1292(a)(1). We review for an abuse of discretion. *Am. Trucking Ass'ns, Inc. v. City of Los Angeles*, 559 F.3d 1046, 1052 (9th Cir. 2009). We affirm.

The district court did not abuse its discretion in denying Mengistu's motion for a preliminary injunction because the record showed the adjustment of Mengistu's housing voucher was made pursuant to the appropriate housing regulations and therefore Mengistu failed to show a likelihood of success on the merits of his claims. *See* 24 C.F.R. §§ 5.403 (live-in aid requirements), 5.703 (bedroom occupancy requirements); *Am. Trucking,* 559 F.3d at 1052 (plaintiff seeking preliminary injunction must establish that he is likely to succeed on the merits, he is likely to suffer irreparable harm in the absence of preliminary relief, the balance of equities tips in his favor, and an injunction is in the public interest).

All pending motions are denied.

**AFFIRMED.**